UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

------------------------------------------------------------ x
                                                    :
                                                    :      Miscellaneous Action No. _____
IN THE MATTER OF THE APPLICATION OF  :
WP COMPANY LLC d/b/a THE                  :
WASHINGTON POST FOR ACCESS TO       :      ORAL HEARING REQUESTED
CERTAIN SEALED COURT RECORDS        :
                                                    :
                                                    :
------------------------------------------------------------ x

## MOTION FOR PUBLIC ACCESS TO CERTAIN SEALED COURT RECORDS

WP Company LLC d/b/a The Washington Post (the "Post"), by and through its undersigned counsel, respectfully moves the Court pursuant to Local Rule of Criminal Procedure 57.6, for an Order unsealing certain sealed court records relating to search warrants issued in connection with the investigations by the United States Attorney's Office for the District of Columbia (the "USAO") into campaign finance corruption during the 2010 election of Vincent C. Gray as mayor of the District of Columbia, and related investigations into Mayor Gray, Jeffrey E. Thompson and Eugenia C. Harris, the formal conclusion of which was recently announced by the USAO (the "Election Investigations"). Specifically, the Post seeks access to: the search warrants, applications, supporting affidavits, court orders, and returns relating to the Election Investigations (collectively, the "Warrant Materials"), whether or not the warrant was issued and/or executed. The fact that many of the searches undertaken in connection with the Election Investigation took place is publicly known, but the court records relating to them are sealed in their entirety, including the docket numbers of the proceedings through which the warrants were issued.

**Factual and Procedural Background**

At the conclusion of the Election Investigations, twelve people had been charged and pleaded guilty to election-related crimes, including several in connection with Vincent Gray's campaign for mayor in 2010. Seven of the defendants are set to be sentenced between May and July of 2016. Five of the seven will be sentenced by Judge Kollar-Kotelly in this Court. They are: Jeffrey E. Thompson (Case No. 14-cr-49); Vernon Hawkins (Case No. 13-cr-227); Eugenia C. Harris (Case No. 12-cr-156); Lee A. Calhoun (Case No. 13-cr-173); Stanley L. Straughter (Case No. 13-cr-181) (the "District Court Prosecutions"). Two of the defendants will be sentenced in D.C. Superior Court: Mark Long (Case No. 2014-CF2-15615) and Kelvin Robinson (Case No. 2014-CF2-8872). The United States Attorney's Office announced on December 9, 2015, that the investigations have concluded with no charges brought against Mayor Gray. None of the Warrant Materials related to these seven prosecutions, all of which arose out of the Election Investigations, have been released to the public.

In connection with the warrants to search and seize property of Jeffrey E. Thompson and his accounting firm, Thompson, Cobb, Bazilio & Associates, PC, Mr. Thompson and the firm initiated two actions and filed motions seeking the return of property under Rule 41(g) of the Federal Rules of Criminal Procedure. *See* Misc. Nos. 12-196-RCL, 12-197-RCL (the "Thompson Warrant Actions"). Judge Lamberth denied those motions. The appeal of that decision was dismissed by the D.C. Circuit. *See In re Sealed Case*, 716 F.3d 603 (D.C. Cir. 2013), *cert. dismissed*, 134 S. Ct. 499 (Oct. 21, 2013). The docket sheet for these actions have been unsealed, but all Warrant Materials related to Mr. Thompson remain under seal.

**Applicant's Interest in the Matter**

The Election Investigations concerned issues at the very core of the First Amendment—the integrity of the District of Columbia's elections and its public officials, including the mayor himself, Vincent C. Gray.  Accordingly, there is a strong public interest in understanding how the Election Investigations were carried out by the USAO.  The Post has reported extensively on the investigations and has a similarly strong interest in more fully reporting on these matters to the public.  *See* Declaration of Laura R. Handman, and exhibits attached thereo.  It is well-settled that the press has standing to challenge closure of court proceedings or sealing of court records.  *See Globe Newspaper Co. v. Superior Ct.*, 457 U.S. 596, 609 n.25 (1982); Local Criminal R. 17.2(c).  As further set forth in the accompanying Memorandum of Points and Authorities, the public has a qualified right of access to these judicial records under both the First Amendment and the common law.  No compelling government interests justify the continued blanket sealing of the Warrant Materials, particularly now that the Election Investigations have concluded.

**Relief Requested**

By this Motion, the Post seeks access to any (a) search warrants, (b) warrant applications, (c) affidavits in support of warrant applications, (d) court orders, and (e) returns filed with the Court relating to or stemming out of the Election Investigations, whether or not the warrant was issued, and whether or not it was executed.

Upon information and belief, each search warrant application subject to this Motion was assigned a unique docket number, but no listing of these docket numbers is publicly available on the Court's website or otherwise.  The Post therefore also requests that the United States Attorney be directed to provide a list of the specific docket numbers associated with the Warrant Materials that fall within the scope of this Motion.

This action is being filed as possibly related to two separate sets of actions in this Court: the District Court Prosecutions of Thompson (No. 14-cr-49-CKK) and Harris (No. 12-cr-156-CKK) and the Thompson Warrant Actions.

WHEREFORE, for the reasons stated herein and in the accompanying declaration and memorandum of points and authorities in support hereof, the Post respectfully requests that the Court enter an Order unsealing the requested Warrant Materials.

REQUEST FOR ORAL HEARING

The Post respectfully requests an oral hearing on this Motion.

Respectfully submitted,

DAVIS WRIGHT TREMAINE LLP

By: /s/ Laura R. Handman
Laura R. Handman
Eric J. Feder (*pro hac vice* pending)

1919 Pennsylvania Avenue NW, Suite 800
Washington, D.C. 20006
Tel.: (202) 973-4200
Fax: (202) 973-4499
Email: laurahandman@dwt.com
Email: ericfeder@dwt.com

*Attorneys for Petitioner WP Company d/b/a The Washington Post*